JS 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KASHWERE USAJPN LLC; FLAT BE CO. LTD<br><br>Plaintiffs,<br><br>vs.<br><br>TMG KREATIONS, LLC, an Illinois limited liability company; KASHWERE LLC, a Delaware Company; et. al.<br><br>Defendants. | **Case No. CV-12-4815-DSF (Ex)**<br><br>Hon. Dale S. Fischer/Courtroom 840<br><br>**ORDER** |

**IT IS ORDERED** the court will retain jurisdiction to enforce all previously issued orders of injunction and to enforce the settlements of the parties. Except as stated above, this matter is dismissed.

Dated: 12/18/13

_____
Dale S. Fischer
United States District Court Judge